UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATIONS CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> BEST YET MARKET, INC., <br><br> Defendant. | Case No. 17 Civ. 02978 (ADS) (ARL) <br><br> **JOINT STIPULATION** |

Plaintiff, Adlife Marketing & Communications Co., Inc. ("Adlife") and Defendant, Best Yet Market, Inc. ("Best Market") (collectively, the "Parties"), by and through their respective counsel, hereby agree and jointly stipulate as follows:

WHEREAS, the Parties have proceeded diligently in discovery in good faith;

WHEREAS, the Parties could not complete certain noticed depositions within the discovery period due to scheduling and logistical issues; and

WHEREAS, the Parties have been contemporaneously engaged in settlement negotiations and agreed to a settlement in principle on November 6, 2019, which they are working diligently to commit to writing;

NOW THEREFORE, the Parties hereby agree and stipulate, subject to Court approval, to permit the depositions of the following individuals to be taken after the Discovery Cut-Off on November 8, 2019:

| Deponent | Party Taking Deposition |
|---|---|
| Barry Sussman Expert Deposition | Best Market |
| Joel Albrizio 30(b)(6) & Personal Deposition | Best Market |

1

| | |
|---|---|
| Jonathan Sender 30(b)(6) & Personal Deposition (90 minutes) | Adlife |

The Parties agree and stipulate that the deposition of Mr. Sender will be limited to ninety minutes and that the above-referenced depositions will take place on or before November 20, unless otherwise agreed to by both Parties or a witness is unavailable, in order to accommodate the current schedule.

    The Parties further agree and stipulate that any employee of the Parties on a witness list for trial must be made available for deposition before trial. These depositions, should they occur, may take place after the close of discovery on November 8, 2019 at a time and location mutually agreed upon by the Parties.

Date:   November 6, 2019

Respectfully submitted,

HIGBEE & ASSOCIATES

/s/ Ryan E. Carreon
Ryan E. Carreon
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
Telephone: (714) 617-8336
Facsimile: (714) 597-6559
rcarreon@higbeeassociates.com

*Counsel for Plaintiff Adlife Marketing & Communications Co., Inc.*

HOGAN LOVELLS US LLP

/s/ Anna Kurian Shaw
Anna Kurian Shaw
Lauren C. Chamblee
Lauren B. Cury

2

Brendan C. Quinn
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
anna.shaw@hoganlovells.com
lauren.chamblee@hoganlovells.com
lauren.cury@hoganlovells.com
brendan.quinn@hoganlovells.com

Eric J. Lobenfeld
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
eric.lobenfeld@hoganlovells.com

*Counsel for Defendant Best Yet Market, Inc.*

**IT IS SO ORDERED**:

_____
U.S. Magistrate Judge Arlene R. Lindsay


Dated:_____