UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATIONS CO., INC.,<br><br>Plaintiff,<br><br>v.<br><br>BEST YET MARKET, INC.,<br><br>Defendant. | Case No. 2:17-cv-02978 (ADS) (ARL)<br><br>Hon. Arthur D. Spatt<br><br>**JOINT STIPULATION** |

Plaintiff, Adlife Marketing & Communications Co., Inc. ("Adlife") and Defendant, Best Yet Market, Inc. ("Best Market") (collectively, the "Parties"), by and through their respective counsel, hereby agree and jointly stipulate as follows:

WHEREAS, the Parties have agreed to settle this matter; and

WHEREAS, the Parties plan to separately submit a stipulated dismissal and reservation of jurisdiction pursuant to agreement by the Parties.

NOW THEREFORE, the Parties hereby agree and stipulate, subject to Court approval, to the removal from the calendar of the Final Pretrial Conference currently scheduled for Thursday, December 12, 2019 at 2:00 p.m.

Date:   December 10, 2019

Respectfully submitted,

HIGBEE & ASSOCIATES

/s/ Ryan E. Carreon_____
Ryan E. Carreon
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705

1

Telephone: (714) 617-8336
Facsimile: (714) 597-6559
rcarreon@higbeeassociates.com

*Counsel for Plaintiff Adlife Marketing & Communications Co., Inc.*


HOGAN LOVELLS US LLP

/s/ Lauren Chamblee
Anna Kurian Shaw
Lauren C. Chamblee
Lauren B. Cury
Brendan C. Quinn
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
anna.shaw@hoganlovells.com
lauren.chamblee@hoganlovells.com
lauren.cury@hoganlovells.com
brendan.quinn@hoganlovells.com

Eric J. Lobenfeld
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
eric.lobenfeld@hoganlovells.com

*Counsel for Defendant Best Yet Market, Inc.*

**IT IS SO ORDERED**:

_____
U.S. District Court Judge Arthur D. Spatt


Dated:_____