UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADLIFE MARKETING & COMMUNICATIONS CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> BEST YET MARKET, INC., <br><br> Defendant. | Case No. 2:17-cv-02978 (ADS) (ARL) <br><br> Hon. Arthur D. Spatt <br><br> **STIPULATED DISMISSAL WITH PREJUDICE; RESERVATION OF JURISDICTION** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Adlife Marketing & Communications, Co. Inc. together with Defendant Best Yet Market, Inc. (collectively, the "**Parties**") hereby stipulate and agree that the above-captioned action, including all complaints, be dismissed with prejudice in its entirety, with each party to bear its own costs and attorney fees.

This stipulated dismissal is made pursuant to a settlement agreement executed by the Parties (the "**Agreement**"), the terms of which are incorporated herein by reference. The Parties further stipulate that this Court shall retain continuing jurisdiction over this matter for one (1) year from entry of the dismissal, which jurisdiction shall be limited in scope to enforcement of the Agreement and review of issues arising therefrom.

Date:   December 11, 2019                              Respectfully submitted,

                                                       HIGBEE & ASSOCIATES


                                                       /s/*Ryan E. Carreon*
                                                       Ryan E. Carreon
                                                       **HIGBEE & ASSOCIATES**
                                                       1504 Brookhollow Dr., Suite 112
                                                       Santa Ana, CA 92705

1

Telephone: (714) 617-8336
Facsimile: (714) 597-6559
rcarreon@higbeeassociates.com

*Counsel for Plaintiff Adlife Marketing & Communications Co., Inc.*


HOGAN LOVELLS US LLP

/s/ *Lauren Chamblee* _____
Anna Kurian Shaw
Lauren C. Chamblee
Lauren B. Cury
Brendan C. Quinn
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
anna.shaw@hoganlovells.com
lauren.chamblee@hoganlovells.com
lauren.cury@hoganlovells.com
brendan.quinn@hoganlovells.com

Eric J. Lobenfeld
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
eric.lobenfeld@hoganlovells.com

*Counsel for Defendant Best Yet Market, Inc.*